**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 06-7895

———————————

JANET LIVINGSTON,

                              Petitioner - Appellant,

        versus

DEBORAH A. HICKEY, Warden,

                              Respondent - Appellee.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Chief District Judge.  (1:05-cv-00015)

———————————

Submitted: May 31, 2007                    Decided:  June 5, 2007

———————————

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Janet Livingston, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janet Livingston, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Livingston v. Hickey</u>, No. 1:05-cv-00015 (S.D.W. Va. Oct. 18, 2006). We deny Livingston's motion for bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>